IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2006

GREGORY C. LANGHAM
CLERK

Case No. 06-05083-MEH

IN THE MATTER OF THE SEARCH
OF: An address in Denver, Colorado

---

## ORDER

THE COURT having considered the motion of the United States, hereby orders that the

Application and Affidavit for Search and Seizure Warrant that was filed in this case shall be

sealed until further Order of the Court.

Dated at Denver, Colorado, this _25_ day of May, 2006

BY THE COURT:

United States Magistrate Judge