IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  06-05083

IN THE MATTER OF THE SEARCH
OF: An address in Denver, Colorado

---

## ORDER

---

THE COURT having considered the motion of the United States, hereby orders that the

Application and Affidavit for Search and Seizure Warrant that was filed in this case shall be

unsealed.

Dated at Denver, Colorado, this __6th__ day of __July__, 2006

BY THE COURT:

_____
United States Magistrate Judge